Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
| In Re:   Lester Collins and | : | DISTRICT OF NEW JERSEY |
| Viola Collins | : |  |
| Debtor, | : | CHAPTER 13 CASE NUMBER 19-31393 JNP |
|  | : |  |

**NOTICE OF OBJECTION TO PROOF OF CLAIM OF US BANK TRUST N.A.**

Joseph J. Rogers, Esquire has filed papers with the court objecting to the Proof of Claim filed by US Bank Trust N.A.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the objection, then on or before  March 3, 2020  , you or your attorney must:

File with the court a written response explaining your position at:   Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, PO Box 2067, Camden, NJ 08101-2067.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:
    Joseph J. Rogers, Esquire    Isabel C. Balboa, Trustee
    900 Route 168, Suite I-4    535 Route 38, Suite 580
    Turnersville, NJ 08012    Cherry Hill, NJ 08002

Attend the hearing scheduled for **March 10, 2020 at 10:00 a.m.** in United States Bankruptcy Court, Mitchell Cohen Federal Court House, 1 John F. Gerry Plaza, Fourth and Cooper, 4th Floor, Camden,  New Jersey.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection.

It is asserted that no unique issues of law exist, therefore, no Brief is necessary.  No oral argument is requested unless opposition is filed hereto.

Date:   2/10/2020                      Signature:   /s/ Joseph J. Rogers
                                                                               Joseph J. Rogers, Esquire